UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

November 10,2009

BY E.C.F
Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn,N.Y. 11201

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 1 7 2009 ★

BROOKLYN OFFICE

Re: Jean C.Cantave v. New York City Police Officers,et al.,
09 Civ. 2226(CBA)(LB)

Your Honor:

I am writing to you about a letter dated August 10,2009
Brooklyn Office. Where as the Corporation Counsel asking the Court for
extension which was granted. In this letter at the bottom page next to
your name your Honor it states defendants shall respond to the complaint
by 9/8/09.

Now your Honor on the defendant of Degaetano,by his attorney
Michale A. Cardozo, Corporation Counsel of the City of New York has
met the time frame for respond,but defendant Failla has not met the
deadline date of 9/8/09, his answer is dated:October 30,2009. That
comes to 53 days over your guide line your honor.

Do to failing a Court
order your honor I Jean C,Cantave am asking the Court to dismiss Defen-
dant Failla complaint for failure to comply with which been govern by
the Magistrate Judge Honorable Lois Bloom.

Thank you very much for looking
into thee above matter for me your Honor.

*Plaintiff's request was denied for the reasons stated on the record at the 12/2/09 conference.*

*/Signed by Judge Lois Bloom/*

*2/12/10*

Sincerly yours

Jean C. Cantave,

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
            SS:)
COUNTY OF BRONX   )

Re: <u>Jean C. Cantave v. New York City Police</u>
<u>Officers,et al,.</u> 09 Civ. 2226 (CBA)(LB)


I, <u>Jean C. Cantave</u>, being duly sworn deposes and says:
That I have on  November 10, 2009, placed and submitted the
original and copies of this motion to be mailed via the
United States Postal Service, through the institutional
mailroom of the ARDC, Department of Correctinal 11-11 Hazen
Street,East Elmhurst,N.Y. 11370. Said moving papers were
mailed to the following concerned parties:


Hon. Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Michael A. Cardozo
Corporation Counsel of the
City of New York
Attorney for Defendants
Degaeto and Failla 100
Church Street,Room3-135
New York,n.y. 10007


Respectfully Submitted,


Sworn to before me on

10ᵗʰ Novenber  ,2009

Notary Public Commision of Deeds

TRIBORO NY 112
BKLYN-QNS-STATEN ISL
16 NOV 2009 PM 4 T

LEGAL MAIL

Jean C. Cantave#875-09-02645
11-11 ARDC Hazen St.
East Elmhurst,N.Y. 11370

Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

11201+1852

LEGAL MAIL