UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JEAN C. CANTAVE,

                Plaintiff,                  **ORDER**
                                              **09-CV-2226 (CBA)(LB)**
      - against -

NEW YORK CITY POLICE OFFICERS;
MICHAEL FAILLA, Detective Investigator of the
113th Precinct, Shield #3446; and FRANK
DEGAETANO, Assistant District Attorney of the
Special Victims Bureau in and for the County of
Queens,

                Defendants.

------------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

      By letters dated February 28, 2010, plaintiff requests the Court to compel defendants to respond to his discovery demands. See docket entries 32, 33. Plaintiff states he served his discovery requests on December 22, 2009 but has not received a response which made his deposition hard for him. Id. Plaintiff states that he is also prejudiced because the deadline for the completion of discovery was March 1, 2010. Id. Defendants respond to plaintiff's motion stating they served plaintiff with initial disclosures on February 26, 2010 and that they mailed responses to plaintiff's discovery demands on March 5, 2010. See docket entry 34. Defendants apologize for the delay in responding to plaintiff's discovery demands and state the delay was due to their request for the state court trial transcripts, which still have not been produced to them. Id.

      Defendants previously wrote to the Court to request more time to produce plaintiff's state court trial transcripts and the Court extended the deadline for the parties to complete discovery to

March 22, 2010. See docket entry 30, 31. As plaintiff has been deposed and defendants have responded to plaintiff's discovery demands, plaintiff's motion to compel is denied.[1] However, defendants shall produce plaintiff's state court trial transcripts by March 15, 2010. The briefing schedule for defendants' motion to dismiss shall remain in effect. See docket entry 31.

SO ORDERED.

/Signed by Judge Lois Bloom/
LOIS BLOOM
United States Magistrate Judge

Dated: March 9, 2010
      Brooklyn, New York

---

[1] Defendants state they did not receive copies of plaintiff's February 28, 2010 letters to the Court. See docket entry 34. In the future, plaintiff must send defendants' counsel a copy of any correspondence before filing it in Court.